IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM ARMSTRONG, ) | |
| ) | Civil Action No. 06 - 164 |
| Plaintiff, ) | |
| ) | Judge Gary L. Lancaster / |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| LOUIS S. FOLINO, *Superintendent*; CRAIG ) | |
| HAYWOOD, *Security Lieutenant*, ODDO, ) | |
| MAHLMEISTER, CAPPZO, JOHN DOE 1, ) | |
| JOHN DOE 2, JOHN DOE 3, and RANIERI ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

The above captioned case was initiated on February 6, 2006 by the filing of a Motion to Proceed In Forma Pauperis (doc. no. 1) accompanied by a Complaint. It was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (doc. no. 27), filed on February 7, 2007, respectfully recommended that Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment (doc. no. 20) be granted. Plaintiff was served at SCI Forest and was advised that he was allowed ten (10) days from the date of service to file written objections. No objections were filed. On March 6, 2007, this Court granted Defendant's Motion to Dismiss or in the Alternative Motion for Summary Judgment and adopted the Report and Recommendation as the opinion of the court (doc. no. 28).

On March 7, 2007, Plaintiff filed a Motion for Extension of Time to File Objections

1

to the Magistrate's Report and Recommendation (doc. no. 29) complaining that the copy of the Report and Recommendation he received was partly illegible. On March 8, 2007, the Court mailed Plaintiff a clear copy of the Report and Recommendation. On March 12, 2007, the Court issued an Order granting Plaintiff's Motion for an extension of time until March 29, 2007 to file his objections. The order further advised Plaintiff that his failure to file objections would result in the Report being re-adopted. No objections have been filed.

AND NOW, this __5th__ day of April, 2007;

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss or in the Alternative Motion for Summary Judgment (doc. no. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 27) of Magistrate Judge Lenihan, dated February 7, 2007, is adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this Case as **CLOSED**.

Gary L. Lancaster
United States District Judge

cc:     Lisa Pupo Lenihan
        United States Magistrate Judge

        Kareem Armstrong
        FC-1437
        P.O. Box 945
        S.C.I. Forest
        Marienville, PA 16239

        Counsel of Record

2